CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 5:05cr00015-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| NORWOOD BARBER. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Barber's claim (claim 9) seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c) is severed and the remaining claims **DISMISSED**; and this action is **STRICKEN** from the docket of this court. The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This November 21, 2008.

United States District Judge