CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 31 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 5:05cr00015-1 |
| | ) | |
| v. | ) | <u>2255 MEMORANDUM OPINION</u> |
| | ) | |
| NORWOOD WALLACE BARBER | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

Norwood Wallace Barber, a federal inmate proceeding *pro se*, filed a "motion to supplement to petitioner First Amendment petition article I for redress of grievances, pursuant under the United States Constitution for constitutional violations [sic]" (Docket No. 130). Inasmuch as Barber is challenging the validity of his federal conviction and sentence in his motion, the court construes the motion as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Upon review of the record, the court finds that the § 2255 action must be dismissed as successive.

## I.

Barber challenges his life sentence for conspiring to distribute 50 grams or more of cocaine base, in violation o 21 U.S.C. § 846. Court records indicate that Barber previously filed a § 2255 motion regarding the same conviction and sentence which this court denied. <u>See</u> Docket Nos. 116 and 117. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. <u>See</u> § 2255(h). As Barber has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion, the court must dismiss his petition as successive.[1]

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the

## III.

For the reasons stated, the court dismisses Barber's motion as successive.

**ENTER**: This 31st day of October, 2011.

_____
United States District Judge

---

successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.