CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

SEP 10 2012

JULIA C. ... CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 5:05cr00015-1 |
| | ) | |
| v. | ) | <u>2255 FINAL ORDER</u> |
| | ) | |
| NORWOOD WALLACE BARBER | ) | By: **Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with this court's memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that Barber's motion pursuant to 28 U.S.C. § 2255 (Docket No. 145) shall be and hereby is **DISMISSED without prejudice** as successive, and the case is hereby **STRICKEN** from the active docket.

Further, finding that Barber has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: September 10, 2012.

_____
UNITED STATES DISTRICT JUDGE